IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:26-MJ-04077-JDG |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | JONATHAN D. GREENBERG |
| | ) | |
| v. | ) | |
| | ) | |
| WYATT JAMES BRZOSKA, | ) | GOVERNMENT'S MEMORANDUM IN |
| | ) | SUPPORT OF PRETRIAL DETENTION |
| Defendant. | ) | |
| | ) | |

Now comes the United States of America, by and through counsel, David M. Toepfer,

United States Attorney, and Matthew W. Shepherd, Assistant United States Attorney, and hereby

submits this Memorandum in Support of Pretrial Detention as to Defendant Wyatt James

Brzoska.  For the following reasons, the United States respectfully requests that Brzoska be

detained pending trial because "no condition or combination of conditions will reasonably assure

… the safety of any other person and the community."

**INTRODUCTION**

Defendant Wyatt James Brzoska planned to commit a mass shooting at a local mosque

because he hates Muslims.  He selected a target, conducted reconnaissance, assembled an arsenal

of firearms, and was developing a plan of attack in which he sought to kill more than the 51

people killed by his idol, mass shooter Brenton Tarrant.  He expected to die in the attack.  Only

timely intervention by law enforcement prevented him from finalizing and carrying out his plans.

Pretrial release would give him the opportunity to follow through on the violent plans that law enforcement thwarted.  He should not get that opportunity.  Brzoska must remain detained.

### PROCEDURAL HISTORY

Defendant Wyatt James Brzoska was arrested on March 14, 2026, and charged by Criminal Complaint with violating 18 U.S.C. § 875(c) for making an interstate threatening communication and with violating 18 U.S.C. § 922(g)(3) by being an unlawful user of a controlled substance in possession of firearms.  (R. 1: Criminal Complaint, PageID 20). According to the Affidavit filed in support of the Criminal Complaint, Brzoska posted a video on TikTok that, based on the context of his postings, threatened a local mosque (hereinafter "Mosque 1"), and possessed firearms while being a regular user of marijuana.  (R. 1-1: Criminal Complaint Affidavit, PageID 21-28).

Brzoska made his initial appearance in federal court on March 16, 2026, at which time the government moved for a detention hearing pursuant to 18 U.S.C. § 3142(f)(1)(E) because the defendant was charged with a felony offense involving possession of a firearm.  At the initial appearance, Brzoska requested detention and preliminary hearings, which were scheduled for March 20, 2026.

On March 19, 2026, Brzoska filed a written waiver of his right to a preliminary hearing, but did not waive his right to a detention hearing.  (R. 7: Waiver of Prelim. Hrg., PageID 30). The government maintains that Brzoska should be detained pending trial because "no condition or combination of conditions will reasonably assure … the safety of any other person and the community."

**FACTS**

As described in the Affidavit submitted in support of the Criminal Complaint, the investigation began in November 2025 after the FBI received a tip that a TikTok user posted videos possibly threatening a mass shooting at a mosque.  The TikTok user was identified as Wyatt James Brzoska, and local law enforcement interviewed him.  Brzoska claimed the posts were a joke and denied owning any firearms. He then deleted the videos from his TikTok account.  (R. 1-1: Criminal Complaint Affidavit, PageID 22).

Shortly after the visit from local law enforcement, Brzoska began posting new videos. One of these videos referenced the FBI and included a photo of a man in tactical gear wearing a vest with a symbol that originated in Nazi Germany. (*See* Exhibit 1, TikTok Screenshot). Brzoska also posted a video of himself smiling with the text: "For this thanksgiving I'm thinking instead of turkey I'm going to cook 51 kebabs." (*See* Exhibit 2, TikTok Screenshot).  The reference to "51 kebabs" was a reference to mass shooter Brenton Tarrant.  On March 15, 2019, Tarrant live-streamed himself murdering 51 individuals at two mosques in Christchurch, New Zealand.  Tarrant played the song "Remove Kebab," in his car before the attack. (R. 1-1: Criminal Complaint Affidavit, PageID 22-23).

On November 26, 2025, after he posted this video, FBI agents interviewed Brzoska, who admitted to making more posts on TikTok after being visited by police, including the video about "51 Kebabs."  Brzoska said the post was just a joke.  During the interview, Brzoska described his dislike of Muslims in general, although he did admit to having good interactions with Muslim customers at work.  He also admitted to smoking marijuana and possessing multiple firearms. He said he would delete his TikTok account.  (R. 1-1: Criminal Complaint Affidavit, PageID 24).

3

Although Brzoska deleted that TikTok account, he created a new one and went back to posting similar videos.  On March 11, 2026, the FBI received a tip that TikTok user @larpcentral51 had posted videos on TikTok indicating he might be planning to attack a mosque.  When the FBI reviewed the account, they identified the user of the account as Brzoska. The videos posted on the account showed Brzoska in tactical gear and brandishing various bladed weapons and firearms.  (R. 1-1: Criminal Complaint Affidavit, PageID 24-26).  The videos included the following:

On February 10, 2026, Brzoska posted a video where he is speaking to the camera, however the audio from the video has been replaced with a song. The caption of the video included the hashtags "speech" and "manifesto."

On March 1, 2026, Brzoska posted a video that showed clips of a burning building, then a clip of Brzoska in tactical gear and a skull mask, holding what looks to be an AI generated kebab to his mouth, mimicking eating, another reference to Brenton Tarrant and the Christchurch shooting.  Brzoska left a comment on the video, "Pretty black smoke [two black heart emojis]."

On March 2, 2026, Brzoska, through his @larpcentral51 account, posted a video with text that said, "leave my churches alone." (*See* Exhibit 3, TikTok Screenshot).

On March 3, 2026, Brzoska posted an image compilation showing a camouflage shirt as well as three World War II-era Nazi Germany helmets and asked his followers which helmet he should choose. (*See* Exhibit 4, TikTok Screenshot).

On March 10, 2026, Brzoska posted a video from inside of his vehicle where he shows that he is wearing clothing resembling military fatigues and then points the camera outside of the vehicle and zooms in on a building. The text on the video states, "You will feel it."  The building in the video has been confirmed to be Mosque 1.  (*See* Exhibit 5, TikTok Screenshot).

4

On March 12, 2026, Brzoska posted twelve videos on his TikTok account before making his account private. (R. 1-1: Criminal Complaint Affidavit, PageID 26-27).  Four of those videos were screen recordings of a video game where a character in tactical gear walks around and shoots people.  One of them included the text "Get revenge."  (*See* Exhibit 6, TikTok Screenshot).  Another video showed a black and white photo of Brzoska, which then switched to a black and white photo of Brenton Tarrant. The video then switches back and forth quickly between the two photos giving the appearance that Brzoska and Tarrant are merging into one person. (*See* Exhibit 7, TikTok Screenshots).

In another video, the camera pans around the floor of Brzoska's bedroom. At least two different rifles can be seen on his floor and on his office chair. Text on the video reads: "I'm done being nice. I'm done working hard. I'm done being the lamb, and i'm done being the sheep I'm done being calm. And i'm done being kind. I. am. done."  (*See* Exhibit 8, TikTok Screenshot).

The next video shows a picture of Brzoska with an audio recording of a 911 call in the background in which a woman reports a man with a gun followed by repeated gunfire.  After that, he posted a video showing a picture of him crouching down and holding a long gun, with the text in red "FORWARD THE PURIFICATION."  Next, Brzoska posted a photo of himself wearing a skull mask, hearing protection, a hat, and a tactical vest with loaded rifle magazines. Following that photo, he posted a video that shows a photo of the night sky with the text "Everything's pointless without you." Lastly, Brzoska posted a video of himself talking to the camera. Midway through the video it shows the photo of him in tactical gear that he posted just prior, and then switches back to him speaking. Brzoska says, "You know that feeling of you can't do anything right and everything around you that you've had to succumb to is just—its not

5

for you. No one around you understands you or anything that you're fighting for. No one around you cares. They don't care. You go around day by day—day to day to day to day—walking and living in this skin suit. That's not really your body, and it gets to a point where, I dunno, 18 years, 19 years, 20 years! You can't take it anymore. You need to let go." Brzoska then made his account private. Exhibit 9 shows additional screenshots from the videos Brzoska posted. (*See* Exhibit 9, TikTok Screenshots).

Brzoska used his TikTok account to communicate with another TikTok user who appeared to be female (hereinafter "Minor 1"). Brzoska and Minor 1 made comments on each other's accounts sharing similar interests and views. For example, on or about March 11, 2026, Minor 1 posted what appears to be an AI-generated image of Tarrant standing to the right of a photo of Payton Gendron, who shot and killed ten people at the Tops supermarket in Buffalo, New York on May 14, 2022. The image showed Tarrant and Gendron standing in front of a storefront that has "KEBAB 51" written on it. The text on the photo stated: "who are these chill guys," with the caption, "Who are these awesome innocent people." Brzoska commented, "Me (right) and you (left) [crying laughing emoji, red heart emoji]." Minor 1 replied to his comment, "Of course." (*See* Exhibit 10, TikTok Screenshot).

On March 13, 2026, the FBI obtained a transcript of communications between Brzoska's account, @larpcentral51, and Minor 1 between March 10, 2026, and March 13, 2026. In the communications, on March 12, 2026, Brzoska outlined a plan to attack Mosque 1 and admitted to scouting the target:

| Brzoska: | If you get here we can go as soon as you want and blow [Mosque 1] I'm about to get some propane tanks here soon and more ammo I'm thinking I use my car to block the rear exit as well |
|---|---|
| Brzoska: | I was stalking it out this morning without getting to close |

Brzoska: Before I had to drive past it to work anyways

Brzoska: I was gonna take a video but I didnt know if anyone could see me

Minor 1: Well yes of course I will my love I promised you I would die next to you. I keep my promises

Brzoska also described his hatred for others around him:

Brzoska: Life is never gonna Make opportunities or get better for me I've already had to sit in the shit I've been rotting in for years I'm not gonna waste away and rot while everyone points and laughs and leaves me behind I'm gonna burn myself clean in fire and be alive one last time, and let my soul and hate hang over this town forever like a black cloud

Brzoska: There all gonna feel me.

Brzoska: And see me

Brzoska: There gonna watch as I choose to be righteous as I am righteous as I burn and pick the meak from the heard of cattle

Minor 1: You say things so beautifully and poetically i will never let you go

Brzoska and Minor 1 also discussed Brzoska's plans to make a list of individuals he wished to

kill:

Brzoska: So many fucking pathetic losers I want to kill

Brzoska: I need to make a list with addresses across from names and I need to go out and hunt each one down before making the next morning my last sunrise

Brzoska: Fucking hate all these pathetic worms

Minor 1: I get where you're coming from, I want a part of justice as well the day before the big act.

Minor 1: And I will get it

Minor 1: And it will be amazing

Brzoska: I just need you here with me so bad

7

Minor 1:        Everything will be set in stone then

On March 14, 2026, Brzoska was arrested at his place of employment, a farm supply store.  When agents first observed him, he was helping customers fill propane tanks.  After his arrest he was advised of *Miranda* rights and interviewed by the FBI.  During the interview, while he denied planning to attack Mosque 1, he admitted to making the above-described posts and sending the messages on TikTok described above.  He told agents that the posts were a joke, and that he just wanted to get back at the people who made videos targeting him as a Christian.  He claimed that he made the posts intentionally vague so that they would be up to the viewers' interpretation, however Brzoska admitted that he hoped and intended that viewers would be scared by his posts.  He initially lied about knowing what the building was in his March 11th video of Mosque 1 but eventually admitted to knowing what it was.  He also admitted that he took screenshots of the Google Maps informational page for the mosque.  Brzoska admitted to owning so many firearms that he couldn't remember them all in that moment.  He also admitted to being a marijuana user.

Based on information obtained from Brzoska and emergency disclosure requests from social media providers, the FBI was able to identify Minor 1 as a 15-year-old female living in Utah.  On March 14, 2026, FBI agents in Utah interviewed Minor 1, who confirmed the above-described TikTok posts and messages.  She told agents that she communicated with Brzoska through Snapchat and TikTok.  She told agents that on March 13, 2026, Brzoska messaged her and told her that he might have to "do it" soon and that he didn't want to leave her, but he might not be able to control himself.  She ended up calling him and telling him not to do it because she didn't want him to die or rot in prison.  Brzoska told her he was going to go "out on the road" and start shooting people.  According to Minor 1, Brzoska didn't have specific people he wanted

8

to kill but was very against Muslims and their religion.  She said Brzoska had talked about attacking a mosque "a lot," as well as shooting his neighbors, shooting up a school or a church. He also told her about the guns he purchased to carry out the attacks.  Minor 1 also told agents that Brzoska looked up to Brenton Tarrant and that his goal was to kill more people than Tarrant. Minor 1 warned the agents that she thought Brzoska was serious about what he planned to do and even if he went away (to prison), he would conduct an attack when got out.

On March 16, 2026, while being transported to his initial court appearance, Brzoska began talking about his case.  He was again advised of his *Miranda* rights.  He waived his rights and spoke with agents again.  During this conversation he admitted that he said on at least one occasion that he wanted to kill more people than the 51 people that Tarrant killed.  Brzoska also explained how he purchased some of his guns by ordering them online and having them sent to the gun store near his house.  He admitted that in filling out the paperwork to get the guns, he was not truthful about his use of marijuana on the form.

On March 14, 2026, FBI agents executed a search warrant at the residence where Brzoska lived with his mother, stepfather, and brother.  In Brzoska's bedroom, agents found 10 firearms, including five pistols, three rifles, and two shotguns, as well as approximately 700 rounds of ammunition.  The firearms were not secured and all were loaded.  Agents also found multiple knives, tactical vests, gloves and a mask.  One of the rifles had Nazi symbols such as "SS" and a swastika written on it.  Exhibit 11 depicts photos of firearms located in Brzoska's bedroom; Exhibit 12 shows the symbols on the rifle; and Exhibit 13 shows a tactical vest.

Agents also seized Brzoska's cellular telephone when he was arrested.  After extracting the phone's data, the FBI determined that the cellular telephone has 121,873 images, 9,571 videos, 52,222 text or chat messages, 90 Notes, and 1,444 emails.  While agents have not yet

examined all of these items, during a preliminary review, agents located additional evidence showing Brzoska's ideology and intent, including the following:

1.) In a video taken on March 13, 2026, Brzoska was shown wearing a skull mask and tactical vest with loaded magazines and holding a loaded rifle.  During the video Brzoska stated the following and then gave a Nazi "heil Hitler" style salute: "Y'all need try to understand something, under one nation, under one race, and under one religion, we are united against all mongrels, all dogs, and all lesser beings! White power!" (*See* Exhibit 14, Video Screenshot).

2.) In another video taken on March 13, 2026, Brzoska was shown sitting in a computer chair in a tactical vest with loaded magazines in it.  Brzoska states to the camera, "You know sometimes you just put a man through too fucking much!"  He then stands up, puts on his skull mask, picks up rifle ammo, walks to the camera and state, "[unintelligible] ammo, a little more time, time to plan."  He then points to the camera, walks around the room, kicks a chair, picks up a rifle and aims the rifle.  (*See* Exhibit 15, Video Screenshots).

3.) Screenshots were taken of the Google information page for Mosque 1 on March 3, 2026, that included the address and photos of the inside and outside of Mosque 1. There were also chats on TikTok and SnapChat between Brzoska and Minor 1 in which Brzoska expressed his hatred for Islam, desire to kill, and referred to Mosque 1, including the following:

   a. **03/02/26, at approximately 3:24 am**

   Minor 1:  I just thank my lord and savior I wasn't born a Muslim little girl. Holy shit just thinking about stupid Muslims and the way they treat female children makes me want to go on a full blown hate crime

10

Brzoska:   And I know what you mean totally

Brzoska:   God I love you so much sister

Brzoska:   Fuck Islam

Brzoska:   I hate them so much

Brzoska:   There's "center" 20 mins from me it was packed with cars the other night

Brzoska:   Don't apologize for talking. It's not ranting it's letting it out with a person you feel comfortable

Brzoska:   I was outside it just watching for a hour

**b.  03/02/26 at approximately 8:47am  (approximately the same the same time the screenshots of Mosque 1 were taken)**

Brzoska:   Do Muslims do there evil version of church in the mornings?

Brzoska:   I wouldn't even know I'm sure they do

Brzoska:   Apparently they do…before sun rise even…. I knew that they did early I just try an shut out as much as I can when it comes to anything regarding that false religion

Brzoska:    [private image]

Brzoska:    [private image]

Brzoska:    So this is the building I may or may not have mentioned

Brzoska:   It fucking haunts me like a demon the damn structure

Brzoska:   Everyday I have to pass it

Brzoska:   And breathe in the waste

Brzoska:   Where a beautiful church could be in a nice mid west rural neighborhood instead there's a fucking mosque

Brzoska:   Filled with them you never even see a single white

Brzoska:   And any whites in that building during zero hour deserve the same treatment

11

Brzoska:    In fact they deserve it almost more for betraying there own race there one true god and there own brothers and sisters.

Brzoska:    I fucking hate race traitors

Brzoska:    Whenever I see a white woman out with a black man or any other subhuman I just imagine stomping his head off infront of her to make a point

Brzoska:    Not even angry this morning or anything just wanted to rant to you

c. **03/02/26 at approximately 8:47pm**

Brzoska:    I'm kind of waiting for there to be a attack on a church

Brzoska:    Cuz I'm so fucking ready

Brzoska:    To blow this lid off

d. **03/13/26 at approximately 6:29 pm**

Brzoska:    I'm gonna kill so many fucking people [Minor 1]

Brzoska:    And make them all suffer

Brzoska:    So fucking bad

Brzoska:    Worse than me

Brzoska:    And I'm gonn laugh

Brzoska:    Laugh as there dying

Brzoska:    And I'm gonna cry

Brzoska:    I know you will and I'm sorry it has to be soon

Brzoska:    Cry when it's over

## LAW AND ARGUMENT

Brzoska should be detained because "no condition or combination of conditions will reasonably assure … the safety of any other person and the community."  18 U.S.C. §

12

3142(e)(1).[1]  In order to detain Brzoska, the government "must prove dangerousness to any other person or the community by clear and convincing evidence."  *United States v. Hinton*, 113 F.App'x 76, 77 (6th Cir. 2004).  *See also* 18 U.S.C. § 3142(f)(2)(B) ("The facts the judicial officer uses to support a finding pursuant to subsection (e) that no condition or combination of conditions will reasonably assure the safety of any other person and the community shall be supported by clear and convincing evidence."); *United States v. Stone*, 608 F.3d 939, 945 (6th Cir. 2010) ("A judicial officer's finding of dangerousness must be 'supported by clear and convincing evidence.'"); *United States v. Alexander*, 742 F.Supp. 421, 423 (N.D. Ohio 1990) ("Risk of dangerousness must be proved by clear and convincing evidence …").

At a detention hearing, the government may present evidence by way of a proffer at the discretion of the court.  *Stone*, 608 F.3d at 948-49 ("[C]onducting a bail hearing by proffer is acceptable under the law and at the discretion of the district court."); *United States v. Webb*, 238 F.3d 426 (Table), 2000 WL 1721060, at *2 (6th Cir. Nov. 6, 2000) (unpublished) ("The government may proceed in a detention hearing by proffer or hearsay.").

In assessing whether conditions of release will reasonably assure the safety of any other person and the community, the Court must assess factors including (1) the nature and circumstances of the offense charged; (2) the weight of the evidence against the defendant; (3) the history and characteristics of the defendant; and (4) the nature and seriousness of the danger to any person or the community that defendant's release would pose.  18 U.S.C. § 3142(g).

---

[1] Because Brzoska is not charged with any of the offenses listed at 18 U.S.C. § 3142(e)(3), the government does not assert that there is a presumption of detention in this case.  *See* 18 U.S.C. § 3142(e)(3).

(a)      **Nature and Circumstances of the Offense**.

The nature and circumstances of the offense weigh in favor of detention.  Brzoska posted a series of videos to TikTok showing his white supremacist ideology, support for mass shooters, possession of weapons and tactical gear, desire to emulate a mass shooter, and threats against a local mosque and its congregation.  In addition, despite being an unlawful drug user, he illegally possessed an arsenal of firearms and ammunition at home.  After being visited by local law enforcement and the FBI because of his online postings, he continued to post threatening online videos.  The nature and circumstances of the offense show that Brzoska desires to commit acts of violence, has identified a target, has the means to commit violence, and was undeterred by prior interventions by law enforcement, including the FBI.  This shows that he poses a danger to the community.

(b)      **The weight of the evidence against the defendant.**

This factor relates to the weight of the evidence of dangerousness, not to the weight of the evidence of the defendant's guilt. *See Stone*, 608 F.3d at 948.  The strength of the evidence weighs against release.  Brzoska's TikTok videos and posts, his own admissions, his possession of firearms and ammunition, evidence on his phone showing he has researched Mosque 1, the video he posted of Mosque 1, his chats with Minor 1 in Utah showing his dislike of Muslims, and his development of a plan to attack Mosque 1 all support detention in this case.  The evidence weighs heavily in favor of detention.

(c)      **The History and Characteristics of the Defendant.**

The history and characteristics of Brzoska also weigh against release.  While Brzoska may not have a criminal history and is employed, other personal characteristics show he is a danger.  He idolizes mass shooters.  He has bragged that his goal is to beat the score of Brenton

14

Tarrant by killing more than 51 people. He posted a video which showed photos of himself and Tarrant in such a way that it appears Brzoska was becoming Tarrant. He follows a white supremacist ideology, and he hates and wants revenge against Muslims. He possessed 10 firearms, ammunition, and multiple tactical knives, showing he has an ability to obtain weapons. Even his employment provides him the opportunity to obtain tools to use in an attack, such as propane and ammunition. His home is not far from his intended target, as he referred to driving past it every day in one of his chats. He has expressed a desire to die and has a history of drug use. These personal characteristics show that Brzoska has the desire, motive, means, opportunity, and willingness to die in the attempt to commit an attack against a local mosque.

(d) **The nature and seriousness of the danger to any person or the community that defendant's release would pose**.

The most important factor weighing in favor of detention is the extreme danger Brzoska poses. Brzoska was in the midst of preparing to commit a mass shooting targeting Muslims at a local mosque when he was arrested. Had he not been arrested, he could have committed an unspeakable atrocity. Releasing him on bond would give him the opportunity to finish what he started to do—to commit the attack that his arrest by law enforcement disrupted.

The risk of catastrophe is enormous here. He has a target, he has shown he can obtain the means, he has the motive, and he is willing to die to accomplish it. All of the warning signs are there that Brzoska was planning to commit a mass shooting and emulate Brenton Tarrant. He has done more than just fantasize. He collected an arsenal of weapons and ammunition; he identified a target; he conducted research online about the target; and he conducted surveillance of his target. These actions go beyond mere video game fantasies.

15

Lesser conditions cannot reasonably assure the safety of the community.  Conditions such as no-contact orders, home detention, or location monitoring cannot prevent Brzoska from committing the kind of mass shooting or attack he was planning.  They may provide means to swiftly identify him as the perpetrator or provide a basis for revoking his bond, but for the worshippers at the local mosque, local law enforcement who might respond, and others in the community, that would be too late.  The fundamental problem with all of the conditions that could be imposed short of detention is that they cannot prevent a defendant who is motivated to harm someone from violating them in the moment and committing the harm.  Brzoska has expressed a willingness and expectation that he will die while committing the attack he is planning.  No condition that the Court can impose can possibly deter Brzoska when he is willing to die in the midst of committing an attack.  Nothing short of detention can reasonably assure the community's safety.

## CONCLUSION

In conclusion, the facts described above provide clear and convincing evidence that Brzoska poses a danger to any person or the community.  Detention is therefore necessary to prevent him from following through on his plan to commit an attack and to prevent a tragedy in the community.  Brzoska should be detained.

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney

By:  /s/ Matthew W. Shepherd
Matthew W. Shepherd (OH: 0074056)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3859
(216) 685-2378 (facsimile)
Matthew.Shepherd@usdoj.gov

17