Find related content

151% sinister right lad
niche Brenton blud

 Viggle.ai

Tuffffff

00:13/00:18

bonehead__

:3 · 1d ago

Follow

Hello FBI would you say this post is worthy of you raiding my house again?... #larp #09a #sinister #rampage #tcc

♫ original sound - idkzephyrr

141    5    24

https://www.tiktok.com/@bonehead__/video/757565...    Copy link

Comments (5)                    Creator videos



17h ago    Reply



Log in to comment