

GOVERNMENT
EXHIBIT

2

I'm going to cook 51 kebabs

For this thanksgiving I'm thinking instead of turkey

TikTok
@bonehead_

00:06