

Find related content

Leave my churches alone.

GOVERNMENT
EXHIBIT

**3**

00:07/00:11