

M40 DAK Afrika Korps Helmet MWH

Find related content

1?  2?

3?

larpcentral51
larpcentral ✝ · 3-3

1,2 or 3 I need at least one.

♫ som original - slayer200iq

♡ 1    💬 0    🔖 0

https://www.tiktok.com/@larpcentral51/photo/761307...    **Copy link**

**Comments (0)**    Creator videos



Start the conversation

Add comment...

**GOVERNMENT EXHIBIT**

**4**