Find related content

**larpcentral51**

larpcentral  · 1h ago

Follow

#larp #gta5 #gtaV #accelaration

♫ De Kieru - Rory in early 20s

♡ 0        💬 0        🔖 0

   

https://www.tiktok.com/@larpcentral51/video/761639...        **Copy link**

**Comments (0)**        Creator videos

Get revenge



Start the conversation

**GOVERNMENT EXHIBIT**

**6**

00:49/00:55

Add comment...