

GOVERNMENT
EXHIBIT

7