GOVERNMENT
EXHIBIT

8

@larpcentral51

I'm done being nice.

I'm done working hard.

I'm done being the lamb ,
and i'm done being the
sheep

I'm done being calm.

And i'm done being kind.

I. am. done.

00:01