GOVERNMENT
EXHIBIT

9



SOG boot knife

Some cuties I picked up
today
















