

who are these chill guys👀

**HERSHEY'S** MILK CHOCOLATE

KEBAB 51

· 2d ago



**Follow**

🥹🥹

Who are these awesome innocent people 👀
#targetedaudience #51 #tcc #zeroday2003 #viralvideo

♫ Sunshine, Lollipops and Rainbows (Rerecorded) - Lesley Gore

♥ 41   💬 11   🔖 4

**Comments (11)**                    **Creator videos**

[ステッカー]
1d ago   Reply                                        ♥ 0

larpcentral 🅣
Me (right) and you (left) 😂❤️
15h ago   Reply 🌸                                      ♥ 1

· **Creator**
Of course
14h ago   Reply                                      ♥ 1

— Hide ^

😊 Log in to comment