



GOVERNMENT
EXHIBIT

11













