

GOVERNMENT
EXHIBIT

12