

GOVERNMENT
EXHIBIT

13